*In re* Enmienda al Artículo 10.5(b) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial.

*Número:* ER-2004-7          *Resuelto:* 30 de junio de 2004

## RESOLUCIÓN

La Rama Judicial tiene mucho interés en reconocer los esfuerzos sobresalientes de sus empleados y empleadas en el desempeño de sus funciones. El Art. 10.5(b) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, 4 L.P.R.A. Ap. XIII, concede el derecho a una retribución por cinco años de servicio y descalifica para este derecho a los empleados y empleadas que hayan recibido un aumento por mérito. Este es un elemento que desalienta a veces los esfuerzos para sobrepasar el desempeño requerido.

Con el interés de proveer un incentivo adicional que reconozca la labor sobresaliente de los empleados y empleadas, se enmienda el Art. 10.5(b) para que disponga como sigue:

(b) *Aumento por cinco (5) años de servicio*

1. El personal que ocupe *un puesto regular* y que haya

prestado servicios satisfactorios e ininterrumpidamente en la Rama Judicial será acreedor al cabo de cada cinco (5) años de un aumento en su retribución equivalente a un paso en la escala a la que estuviere asignado su puesto.

El empleado o *empleada quedará descalificado para recibir este aumento cuando*: hubiere estado suspendido de empleo y sueldo en licencia sin sueldo en exceso de noventa (90) días laborables, en licencia con sueldo para estudios en exceso de sesenta (60) días laborables en un año natural *o* si hubiere recibido cualquier tipo de aumento de sueldo permanente o por ascenso, excepto los *aumentos* otorgados por mérito, por disposición de ley o por una revisión general al Plan de Retribución autorizada por el Juez Presidente *o la Jueza Presidenta*

.  .  .  .  .  .  .  .  .

3. El período de cinco (5) años comienza a contarse desde la fecha de nombramiento en la Rama Judicial o desde la fecha de la última acción de personal que lo excluyó, o desde la fecha de reingreso al servicio después de una *descalificación* o desde el último aumento quinquenal.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*